**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

**Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>v.<br><br>KRISHNA ELK GROVE INCORPORATED, a California corporation, dba HOLIDAY INN EXPRESS & SUITES, DILIP PATEL, DEVYANI PATEL, GAURANG PATEL, KALPANA PATEL, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-00996 CMK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |

Plaintiff **MARSHALL LOSKOT** and Defendants **KRISHNA ELK GROVE INCORPORATED, a California corporation, dba HOLIDAY INN EXPRESS & SUITES, DILIP PATEL, DEVYANI PATEL, GAURANG PATEL, KALPANA PATEL**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: October 21, 2011    /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**KRING & CHUNG LLP**

Dated: October 4, 2011    /s/ Shane Singh
Shane Singh, Attorneys for Defendants,
**KRISHNA ELK GROVE INCORPORATED, a California corporation, dba HOLIDAY INN EXPRESS & SUITES, DILIP PATEL, DEVYANI PATEL, GAURANG PATEL, KALPANA PATEL**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Loskot vs. Krishna Elk Grove, et al.</u>, Case Number 2:11-CV-996 CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs.

**Date: 10/28/2011**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE